UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/2/2020

CHARLESTOWN CAPITAL ADVISORS, LLC,

        Plaintiff,

  -against-

ACERO JUNCTION, INC., et al.,

        Defendants.

18-CV-4437 (JGK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed the plaintiff's motion for attorneys' fees dated Novemeber 7, 2019 (Dkt. No. 112), seeking $34,841 in fees associated with its successful Rule 37(a) motion, which the Court granted on October 24, 2019, as well as the motion for attorneys' fees (Dkt. No. 141) filed on February 28, 2020, by defendant JSM International, Ltd (JSM), seeking $32,400.25 associated with its successful Rule 37(a) motion granted on February 14, 2020.

    The Court directs the parties to promptly meet and confer to determine whether they can resolve these substantially similar fee applications on their own, without further intervention by the Court. No later than **March 13, 2020**, the parties shall submit a joint letter updating the Court as to the status of these pending motions. Plaintiff's deadline to respond to JSM's motion for attorneys' fees, in the event an agreement cannot be reached, is also extended to **March 13, 2020**.

Dated: New York, New York
      March 2, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**