USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/2/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLESTOWN CAPITAL ADVISORS, LLC,

    Plaintiff,

-against-

ACERO JUNCTION, INC., et al.,

    Defendants.

18-CV-4437 (JGK) (BCM)

**ORDER SCHEDULING ORAL ARGUMENT**

**BARBARA MOSES, United States Magistrate Judge.**

    Judge Moses will hold oral argument on the plaintiff's pending motion for sanctions (Dkt. No. 124) on **April 8, 2020 at 10:00 a.m.** in Courtroom 20A, 500 Pearl Street, New York, NY 10007.

Dated: New York, New York
       March 2, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**